IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA M. HOFFMAN ) | Civil Action No. 04-1397 |
| ) | Judge McVerry |
| Plaintiff, ) | Magistrate Judge Caiazza |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On September 15, 2002, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 30, 2005, the magistrate judge issued a Report and Recommendation (Doc. 13) recommending that the District Court grant the Defendant's Motion for Summary Judgment (Doc. 10), and deny Hoffman's Motion for Summary Judgment (Doc. 9). Service of the Report and Recommendation was made on all parties and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of February, 2006, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment is granted.

The Report and Recommendation of Magistrate Judge Caiazza dated November 30, 2005 is hereby adopted as the opinion of the court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Francis X. Caiazza
United States Magistrate Judge

Joan E. Lesnock, Esq.
246 Washington Trust Bldg.
Washington, PA 15301

Paul Kovac, Esq.
Email: paul.kovac@usdoj.gov